FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIRSTEN GILLESPIE,<br><br>    Plaintiff,<br><br>    v.<br><br>EMPLOYMENT SECURITY DEPARTMENT FOR THE STATE OF WASHINGTON,<br><br>    Defendant. | No. 2:21-CV-00255-SAB<br><br>**STIPULATED JUDGMENT** |

**Judgment Summary (RCW § 4.64.030)**

| | |
|---|---|
| Judgment Creditor(s): | Kirsten Gillespie |
| Judgment Creditor(s)' Attorney(s): | Emery Reddy LLC |
| Judgment Debtor: | State of Washington |
| Judgment Amount: | $40,000.00 |
| | (Wage portion: $ 00.00) |
| | (Non-wage portion: $40,000.00) |
| Pre-Judgment Interest: | $0 |
| Post-Judgment Interest: | $0 |
| Taxable Costs and Attorney Fees: | $0 |

**STIPULATED JUDGMENT** *1

1  This matter having come before this Court; and the Plaintiff(s), Kirsten
2  Gillespie, acting by and through Patrick Reddy and Amanda Masters of Emery
3  Reddy LLC, and the Defendants, State of Washington, and the Employment
4  Security Department, acting by and through Robert W. Ferguson, Attorney
5  General, and Jocelyn Cook and Carl Warring, Assistant Attorneys General; and
6  these parties having made a stipulation pursuant to RCW § 4.92.150, without any
7  admissions of liability, settling and compromising this action against the
8  defendants, and it appearing to the Court, after a review of the files and records
9  herein, that the sum of Forty Thousand and No/100 Dollars ($40,000.00) is a
10 proper and just settlement to be paid by the Defendant, State of Washington, to the
11 Plaintiff and the Court being fully advised, now, therefore,

**IT IS HEREBY ORDERED**:

1. The parties' Joint Motion and Stipulation for Entry of Judgment, ECF No. 14, is **GRANTED**.

2. The parties' Motion to Expedite Hearing, ECF No. 15, is **GRANTED**.

3. **JUDGMENT IS ENTERED** in favor of Plaintiff Kirsten Gillespie against the Defendant State of Washington for the total sum of **Forty Thousand and No/100 Dollars ($40,000.00)**. Reasonable fees and costs found by the Court, if any, shall be deducted from these gross amounts. Additionally, any liens, subrogated interests, or outstanding medical bills of which Plaintiffs' counsel has actual or constructive notice prior to Court approval of this settlement shall be resolved out of these gross amounts, and Defendants shall have no liability for any such liens, interest, or bills.

4. Neither party shall recover against any other party their respective fees, costs, nor interest herein.

5. Following entry of this Stipulated Judgment, the Defendant, State of Washington, shall issue payment to **Emery Reddy, PLLC** for Forty Thousand and No/100 Dollars ($40,000.00) for the benefit of the Plaintiff herein and that upon

**STIPULATED JUDGMENT** *2

receipt of said sum Emery Reddy, PLLC shall record this judgment as satisfied.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Judgment in favor of Plaintiff, provide copies to counsel, **and** close the file.

**DATED** this 6th day of July 2022.



Stanley A. Bastian
Chief United States District Judge

**STIPULATED JUDGMENT** *3